# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEL E. AUGUST

VERSUS

DARREL VANNOY, ET AL

NO.  2019 CW 1108

**FEB 1 8 2020**

---

In Re:  Daniel E. August, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 17-WCR-693.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**  The trial court lacked subject matter jurisdiction. Relator's allegations do not support a claim for habeas relief.  See La. Code Crim. P. art. 362.  Rather, relator's claims are in the nature of a request for post-conviction relief, which must be filed in the parish of conviction. See La. Code Crim. P. art. 925.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT